**DRINKER BIDDLE & REATH LLP**
A DELAWARE LIMITED LIABILITY PARTNERSHIP
500 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Defendant
Lowe's Home Centers, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN TOLBERT, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOWE'S HOME CENTERS, INC., <br><br> Defendant. | Civil Action No. 07 Civ 8232 (CLB) <br><br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel for Defendant Lowe's Home Centers, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Lowe's Home Centers, Inc., a corporation organized under the laws of North Carolina, is a wholly owned subsidiary of Lowe's Companies, Inc., the shares of which latter corporation are publicly traded on the New York Stock Exchange.

Dated: Florham Park, New Jersey
      October 16, 2007

**DRINKER BIDDLE & REATH LLP**

_(signature)_

Helen E. Tuttle, Esq. (HT-3120)
Thomas J. Barton, Esq., *pro hac vice* pending
Drinker Biddle & Reath LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932
Telephone (973) 360-1100
Facsimile (973) 360-9831

Attorneys for Defendant
Lowe's Home Centers, Inc.