**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Defendant
Lowe's Home Centers, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN TOLBERT, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOWE'S HOME CENTERS, INC., <br><br> Defendant. | Civil Action No. 07 Civ 8232 (CLB) <br><br> **CERTIFICATE OF SERVICE** |

STATE OF NEW JERSEY )
                    ) ss.:
COUNTY OF MORRIS    )

ALICE D. ADLER, of full age, hereby certifies as follows:

1. I am employed as a secretary by the law firm of Drinker Biddle & Reath LLP, attorneys for Defendant, Lowe's Home Centers, Inc., in the above-captioned litigation. I am not a party to this action.

2. On October 16, 2007, a copy of Defendant's Answer and Affirmative Defenses, Rule 7.1 Statement, and cover letter was served on plaintiff's counsel in the above-captioned case by facsimile and overnight mail:

          Michael H. Sussman, Esq.
          Sussman and Watkins
          40 Park Place
          Floor Two
          Goshen, New York 10924
          Telephone: 845-294-3991

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_Alice Adler_ (signature)
Alice D. Adler
Secretary to Helen E. Tuttle, Esq.
Drinker Biddle & Reath LLP
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932
Phone Number: 973-360-1100
Facsimile: 973-360-9831

Dated:    October 16, 2007
           Florham Park, NJ

SFNJ1 1198683v1