**DRINKER BIDDLE & REATH LLP**
A DELAWARE LIMITED LIABILITY PARTNERSHIP
500 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Defendant
Lowe's Home Centers, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN TOLBERT, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOWE'S HOME CENTERS, <br><br> Defendant. | Civil Action No. 07 Civ 8232 (CLB) <br><br> MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Helen E. Tuttle, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Thomas J. Barton, Esq.
Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA 19103
Telephone: 215-988-2834
Facsimile: 215-988-2757

Mr. Barton is a member in good standing of the Bars of the State of New Jersey and the Commonwealth of Pennsylvania.

There are no pending disciplinary proceedings against Mr. Barton in any State or Federal court.

Dated:   November 28, 2007
         Florham Park, NJ

Respectfully submitted,

_____
Helen E. Tuttle Esq. (HT-3120)
**Drinker Biddle & Reath LLP**
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, New Jersey 07932
Phone Number: 973-360-1100
Facsimile: 973-360-9831

SFNJ1 1205297v1

**DRINKER BIDDLE & REATH LLP**
A DELAWARE LIMITED LIABILITY PARTNERSHIP
500 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Defendant
Lowe's Home Centers, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN TOLBERT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS,<br><br>Defendant. | Civil Action No. 07 Civ 8232 (CLB)<br><br>**AFFIDAVIT OF<br>HELEN E. TUTTLE, ESQ.<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>*PRO HAC VICE*** |

STATE OF NEW JERSEY )
                                         )  ss.:
COUNTY OF MORRIS     )

HELEN E. TUTTLE hereby declares as follows:

Helen E. Tuttle, being duly sworn, deposes and says as follows:

1. I am an associate with the law firm of Drinker Biddle & Reath LLP, counsel for Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Thomas J. Barton, Esq. as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in September 1999. I am also admitted to the bar

of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have know Mr. Barton since March 2006.

4. Mr. Barton is a partner with Drinker Biddle & Reath LLP and a member of the bars of the Commonwealth of Pennsylvania (admitted to practice in 1987) and the State of New Jersey (admitted to practice in 1991), and is admitted to practice before the Pennsylvania Supreme Court, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Middle District of Pennsylvania, United States District Court for the District of New Jersey, United States District Court for the Northern District of Illinois, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit and United States Supreme Court.

5. Mr. Barton has at all times been a member in good standing of the bar of the aforesaid jurisdictions.

6. Defendant desires that Mr. Barton participate in its representation before this Court.

7. I have found Mr. Barton to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

8. Accordingly, I am pleased to move the admission of Mr. Barton, *pro hac vice*.

9. I respectfully submit a proposed order granting the admission of Mr. Barton, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Mr. Barton, *pro hac vice*, to represent Defendant in the above-captioned matter, be granted.

Dated:  November 28, 2007
        Florham Park, NJ

                                        Respectfully submitted,

                                        /s/ Helen E. Tuttle
                                        Helen E. Tuttle Esq. (HT-3120)
                                        **Drinker Biddle & Reath LLP**
                                        A Delaware Limited Liability Partnership
                                        500 Campus Drive
                                        Florham Park, New Jersey 07932
                                        Phone Number: 973-360-1100
                                        Facsimile: 973-360-9831

Sworn to before me this
28th Day of November, 2007

_____
Notary Public

[Notary Seal: ALICE ADLER, NOTARY PUBLIC, STATE OF NEW JERSEY, My Commission Expires 03-22-2012]

SFNJ1 1205299v1

**DRINKER BIDDLE & REATH LLP**
A DELAWARE LIMITED LIABILITY PARTNERSHIP
500 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Defendant
Lowe's Home Centers, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN TOLBERT, JR.,<br><br>       Plaintiff,<br><br>       v.<br><br>LOWE'S HOME CENTERS,<br><br>       Defendant. | Civil Action No. 07 Civ 8232 (CLB)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

Upon the motion of Helen E. Tuttle, Esq., attorney for Defendant Lowe's Home Centers, Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Thomas J. Barton, Esq.
Drinker Biddle & Reath LLP
A Delaware Limited Liability Partnership
One Logan Square, 18th and Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone (215) 988-2700
Facsimile (215) 988-2757
thomas.barton@dbr.com

is admitted to practice *pro hac vice* as counsel for Defendant Lowe's Home Centers, Inc. in the above-captioned case in the United States District Court for the

Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.


Dated:      December _____, 2007
            White Plains, New York



                                        _____
                                        United States District / Magistrate Judge

**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
500 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Defendant
Lowe's Home Centers, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN TOLBERT, JR., <br><br> Plaintiff, <br><br> v. <br><br> LOWE'S HOME CENTERS, INC., <br><br> Defendant. | Civil Action No. 07 Civ 8232 (CLB) <br><br> **PROOF OF SERVICE** |

STATE OF NEW JERSEY )
                    ) ss.:
COUNTY OF MORRIS    )

ALICE D. ADLER, of full age, hereby certifies as follows:

1. I am employed as a secretary by the law firm of Drinker Biddle & Reath LLP, attorneys for Defendant, Lowe's Home Centers, Inc., in the above-captioned litigation. I am not a party to this action.

2. On November 28, 2007, a copy of the cover letter, Motion to Admit Thomas J. Barton, Esq. *pro hac vice,* Affidavit of Helen E. Tuttle, Esq., and proposed Order was served on plaintiff's counsel in the above-captioned case by regular mail:

                Michael H. Sussman, Esq.
                Sussman and Watkins
                40 Park Place
                Floor Two
                Goshen, New York 10924
                Telephone: 845-294-3991

      I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


                                              */s/ Alice Adler*
                                              Alice D. Adler
                                              Secretary to Helen E. Tuttle, Esq.
                                              Drinker Biddle & Reath LLP
                                              A Delaware Limited Liability Partnership
                                              500 Campus Drive
                                              Florham Park, New Jersey 07932
                                              Phone Number: 973-360-1100
                                              Facsimile: 973-360-9831

Dated:       November 28, 2007
               Florham Park, NJ

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **THOMAS J BARTON** (No. **008211991**) was constituted and appointed an Attorney at Law of New Jersey on **June 15, 1991** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **9TH** day of **November**, 20 **07**

*Clerk of the Supreme Court*

-453a-



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Thomas Barton, Esq.*

DATE OF ADMISSION

*December 3, 1987*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 5, 2007

Patricia A. Johnson
Chief Clerk