**DRINKER BIDDLE & REATH LLP**
A DELAWARE LIMITED LIABILITY PARTNERSHIP
500 Campus Drive
Florham Park, NJ 07932
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Attorneys for Defendant
Lowe's Home Centers, Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN TOLBERT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS,<br><br>Defendant. | Civil Action No. 07 Civ 8232 (CLB)<br><br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

Upon the motion of Helen E. Tuttle, Esq., attorney for Defendant Lowe's

Home Centers, Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Thomas J. Barton, Esq.
Drinker Biddle & Reath LLP
A Delaware Limited Liability Partnership
One Logan Square, 18th and Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Telephone (215) 988-2700
Facsimile (215) 988-2757
thomas.barton@dbr.com

is admitted to practice *pro hac vice* as counsel for Defendant Lowe's Home Centers,

Inc. in the above-captioned case in the United States District Court for the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:       December ___3___, 2007
             White Plains, New York


_____
United States District / Magistrate Judge

SFNJ1 1205301v1