Patricia A. Cullen, Esq.
DRINKER BIDDLE & REATH LLP
A Delaware Limited Liability Partnership
140 Broadway
39th Floor
New York, NY 10005
(212) 248-3140
Attorneys for Defendant
Lowe's Home Centers, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EDWIN TOLBERT, JR., | : | |
| Plaintiff, | : | CASE NO. 07-cv-8232 (CLB) |
| vs. | : | |
| | : | **APPEARANCE** |
| LOWE'S HOME CENTERS, INC., | : | |
| Defendant. | : | |

To the Clerk of this court and all parties of record:

Please enter my appearance in this case as counsel to be noticed for defendant Lowe's

Home Centers, Inc.

I certify that I am admitted to practice in this Court.

DRINKER BIDDLE & REATH LLP


By:    /s/ Patricia A. Cullen
       Patricia A. Cullen (PC5201)


Dated:  May 7, 2008


PR\532012\1