UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN TOLBERT, JR.,<br><br>        Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, INC.,<br><br>        Defendant. | Civil Action No. 07 Civ 8232 (CLB) |

### ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of Erin L. Scanga of Drinker Biddle & Reath LLP on behalf of Defendant Lowe's Home Centers, Inc.

                                                                         Respectfully submitted,

Dated: June 23, 2008                                      *s/Erin L. Scanga*
                                                                  Thomas J. Barton, Esq.
                                                                  Erin L. Scanga, Esq.
                                                                  Drinker Biddle & Reath LLP
                                                                  A Delaware Limited Liability Partnership
                                                                500 Campus Drive
                                                                Florham Park, New Jersey 07932
                                                                Phone Number: 973-360-1100
                                                                Facsimile: 973-360-9831

                                                                Attorneys for Defendant

PHLIT/ 923524.1

## CERTIFICATE OF SERVICE

I, Erin L. Scanga, hereby certify that, on this date, I filed the within Entry of Appearance electronically via the Electronic Case Filing System ("ECF System"), which sent notification of such filing via electronic mail to:

>Michael H. Sussman, Esq.
>Sussman & Watkins
>40 Park Place
>Floor Two
>Goshen, New York 10924
>
>Counsel for Plaintiff

>*s/ Erin L. Scanga*
>Erin L. Scanga

Dated: June 23, 2008

PHLIT/ 923524.1